UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **R-HOTEL, LLC, DONALD J. RISK, AMY L. RINEER, STEVEN P. RISK AND KIMBELL M. RISK**<br>*Plaintiffs,*<br>v.<br>**SHANER HOTEL GROUP LIMITED PARTNERSHIP, ET AL.**<br>*Defendants.* | CIVIL NO. 1:26-CV-00064<br>Judge Jennifer P. Wilson |

## *AMENDED* NOTICE OF VOLUNTARY DISMISSAL ON THE BASIS OF JURISDICTION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs R-Hotel, LLC ("R-Hotel"), Donald J. Risk, Amy L. Rineer, Steven P. Risk and Kimbell M. Risk (collectively, "Plaintiffs"), by and through undersigned counsel, Silverang, Rosenzweig & Haltzman, LLC, respectfully submit the instant *Amended* Notice of Voluntary Dismissal on the Basis of Jurisdiction with respect to the above-captioned matter. No defendant has served an answer or a motion for summary judgment. Plaintiff requests that the Court enter an Order dismissing the above-captioned case without prejudice for lack of jurisdiction.

*Respectfully submitted,*

**SILVERANG, ROSENZWEIG & HALTZMAN, LLC**

Dated: May 8, 2026

By: /s/ Philip S. Rosenzweig

Philip S. Rosenzweig, Esquire
Kevin D. McGowan, Jr., Esquire
Attorney ID Nos. 62461 / 324196
Woodlands Center
900 E. Eighth Avenue, Suite 300
King of Prussia, PA 19406
(phone) 610-263-0115
*Attorneys for Plaintiffs R-Hotel LLC, Donald J. Risk, Amy T. Rineer, Kimbell Risk and Steven Risk*

4932-4929-3993, v. 1